UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

RODNEY D. MCCLURE,

    **Plaintiff,**

v.

PHILLIP L. CARTER et al,

    **Defendant.**                   No. 13-cv-717-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 5, 2015 (Doc. 49), this case is **DISMISSED** with prejudice.

                                  JUSTINE FLANAGAN,
                                  ACTING CLERK OF COURT

                                BY:    /s/*Caitlin Fischer*
                                           **Deputy Clerk**

Dated:   January 8, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.01.08
11:55:05 -06'00'

APPROVED:
       U. S. DISTRICT JUDGE